UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT WEST, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT CONTROL SERVICES, INC. a Delaware corporation doing business as CREDIT COLLECTION SERVICES, <br><br> Defendant. | Case No.: 1:17-cv-00344 <br> Hon. Judge Sara L. Ellis |

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("Defendant"), through its counsel, hereby submits this Offer of Judgment ("Offer"), which allows judgment to be taken against Defendant and in favor of Plaintiff on the following terms:

1. Defendant shall pay Plaintiff the total amount of One Thousand One Dollars ($1,001.00) in full and final satisfaction of any and all damages sought from Defendant in the above-captioned action.

2. Defendant shall also pay an additional amount for reasonable attorney's fees and costs incurred by Plaintiff in the above-captioned action. Such fees and costs shall be in an amount agreed to by the parties, or if they are unable to agree, as determined by the Court upon Motion.

3. The judgment entered in accordance with this Offer shall be in total settlement of any and all claims arising from the allegations in Plaintiff's Complaint.


EXHIBIT A

4. This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that Defendant has engaged in wrongdoing. Defendant desires to save the time and costs associated with continued litigation.

Respectfully submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

Dated: February 23, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, a copy of the foregoing document was served via U.S. Certified Mail on the following parties:

David J. Philipps
Angie K. Robertson
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Rd., Ste. 1
Palos Hills, IL 60465

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP