**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Robert West, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 344 |
| | ) | |
| Credit Control Services, Inc., d/b/a | ) | Judge Ellis |
| Credit Collection Services, a Delaware | ) | Magistrate Judge Rowland |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATEMENT  PURSUANT TO LOCAL RULE 54.3(e)**

Plaintiff, Robert West ("West"), hereby requests that this Court grant him an

extension of time in which to file the Local Rule 54.3(e) Joint Statement concerning

attorneys fees, and states as follows:

1.      On March 16, 2017, this Court entered judgment against Defendant Credit

Control Services ("CCS") in the amount of $1,001, based upon Plaintiff's acceptance of

a Fed.R.Civ.P. Rule 68 offer of judgment.  (Dkt. 13)  The Order also required that:

> . . .Defendant shall also pay an additional amount of reasonable attorney's
> fees and costs incurred by Plaintiff.  Such fees and costs shall be in an
> amount agreed to by the parities, or if they are unable to agree, as
> determined by the Court upon Motion.

<u>Ibid</u>.

2.      Local Rule 54.3(e) requires that the parties cooperate to create a Joint

Statement regarding attorneys' fees within seventy (70) days of the judgment.  On June

8, 2017, this Court granted Plaintiff's Local Rule 54.3(g) motion for instruction, and

directed Defendant to respond by June 22, 2017.  (Dkt. 16)  Defendant did so, and

thus, the parties' Joint Statement concerning attorneys fees is due on July 6, 2016.

      3.    Due to the holidays, the press of other business, and the fact that the parties have been attempting to settle the issue of attorneys without the need for further assistance from this Court, they have been unable to complete the Joint Statement by the July 6, 2017 deadline.  Thus Plaintiff requests that the parties be given an additional 14 days, until July 20, 2017 to file the Joint Statement, that any fee petition, if necessary, be due 14 days thereafter, on August 3, 2017, and that the status hearing set for August 1, 2017, (Dkt. 16) be re-set for some date thereafter.

      **4**.    Plaintiff's counsel, David J. Philipps, conferred with Defendant's counsel, Charity A. Olson, on July 5, 2017 concerning this motion and Defendant does not oppose this motion.

      WHEREFORE, Plaintiff Robert West requests that this Court extend the time for filing the Local Rule 54.3(e) Joint Statement to July 20, 2017, that any fee petition, if necessary, be due 14 days thereafter, on August 3, 2017, and that the status hearing set for August 1, 2017, (Dkt. 16) be re-set for some date thereafter.

Respectfully submitted,

Robert West,

By: /s/ David J. Philipps_____
One of Plaintiff's Attorneys

Dated:  July 6, 2017

2

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2017, a copy of the foregoing **Plaintiff's Unopposed Motion for Extension of Time to File Joint Statement Pursuant to Local Rule 54.3(e)** was filed electronically.  Notice of this filing will be sent to all other parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Charity A. Olson                 colson@olsonlawpc.com
Olson Law Group
2723 S. State Street
Suite 150
Ann Arbor, Michigan 48104



/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL  60465
708-974-2900
708-974-2907 (FAX)
davephilipps@aol.com

4